159 A.3d 939

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Raleigh Nathan GRANT, Petitioner**

**No. 381 MAL 2016**

Supreme Court of Pennsylvania.

October 19, 2016

## ORDER

PER CURIAM

**AND NOW**, this 19th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.